Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only



FILED
CLERK, U.S. DISTRICT COURT
MAY 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TERRY BRADFORD, | Case No. CV 06-4529-AHM (PJW) |
| Petitioner, | |
| v. | JUDGMENT |
| GEORGE J. GIURBINO, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 27, 2008.

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\BRADFORD\Judgment.wpd